### 11566. NEAL v. CITY OF DUBLIN.

BROYLES, C. J.    The judgment of the recorder of the City of Dublin was not without some evidence to support it, and the judge of the superior court did not err in refusing to sanction the certiorari.

*Judgment affirmed.    Luke and Bloodworth, JJ., concur.*

DECIDED JULY 14, 1920.

Petition for certiorari; from Laurens superior court — Judge Kent.    March 25, 1920.

On the charge of idling and loitering in violation of an ordinance of the City of Dublin, Neal was convicted in the recorder's court of that city.    The only witness at the trial testified: "I have seen [the defendant] in the City of Dublin, . . walking along the streets. . . If he had any occupation I did not know it; he did not have any that I knew of.    He would be standing around when I saw him, whittling and talking.    Would see him all times of the day and night.    I asked him what he was doing, and he said he wasn't doing anything.    I have seen him in the last six months around on the streets here in Dublin.    I have never seen him at work.    I couldn't say he didn't work, but I have never seen him at work."    The ordinance referred to provides that "Any person who in this city is found loitering, rambling, wandering, prowling, or loafing about the streets, alleys, public thoroughfares, or premises in the daytime or nighttime, and who can not give a good account of himself or herself, shall be arrested and upon conviction shall be punished as prescribed in . . . this code."

*W. A. Dampier,* for plaintiff in error.

*T. W. Evans,* contra.